UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAYAN BRAVO, JOSE LUIS ROLDAN ROMERO, DUMAS ARMANDO ALFARO GODINEZ, JEFFERSON OSWALDO BRAVO HIDALGO, JULIO TIGRE and ANDERSON ANTONIO CEDENO, *individually and on behalf of others similarly situated*, <br><br> Plaintiffs, <br><br> -v.- <br><br> BARONE STEEL FABRICATORS INC. (D/B/A BARONE STEEL FABRICATORS), NICK BARONE, RALPH BARONE, and ALEX VERGARA, <br><br> Defendants. | 20 Civ. 10244 (KPF) <br><br> ORDER |

KATHERINE POLK FAILLA, District Judge:

On July 1, 2021, the Court was informed that the parties have reached a settlement in this case. (Dkt. #30). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before August 2, 2021, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

SO ORDERED.

Dated: July 2, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge