

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

August 2, 2021

*VIA ECF*

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



    Re:    **Bravo, et al. v. Barone Steel, Inc., et al.**
               **Case No. 20-CV-10244 (KPF)**

Dear Judge Failla:

    This firm represents the defendants in the above-referenced matter. I write with the consent of counsel for the plaintiffs to respectfully request an additional two weeks, until August 16, 2021, for the parties to submit their executed settlement agreement and letter motion for Court approval in this case.

    The parties reached a settlement in principle at the mediation session held on June 30, 2021, subject to the drafting and execution of a written settlement agreement. By Order dated July 2, 2021, the Court set a deadline of August 2nd for the parties to submit their executed settlement agreement and joint letter motion for approval of the settlement. At this time, the parties require two extra weeks in order to finalize such written agreement and have it signed by all parties prior to submission to the Court. This is the parties' first request for extension of this deadline.

                         Respectfully Submitted,

                         /s/Nils C. Shillito

                         Nils C. Shillito (NS-6755)

cc:    Michael Faillace & Associates, P.C. (via ecf)

www.hansassociates.com

Application GRANTED. The parties shall file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **August 16, 2021,** for this Court's review in accordance with the FLSA and Second Circuit Law. *See, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).

Date:    August 3, 2021            SO ORDERED.
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE