# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

August 16, 2021

*VIA ECF*

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re: **Bravo, et al. v. Barone Steel, Inc., et al.
Case No. 20-CV-10244 (KPF)**

Dear Judge Failla:

    This firm represents the defendants in the above-referenced matter. I write with the consent of counsel for the plaintiffs to respectfully request an additional four days, until Friday August 20, 2021, for the parties to submit their executed settlement agreement and letter motion for Court approval in this case.

    The parties reached a settlement in principle at the mediation session held on June 30, 2021, subject to the drafting and execution of a written settlement agreement. By Order dated July 2, 2021, the Court set a deadline of August 2nd for the parties to submit their executed settlement agreement and joint letter motion for approval of the settlement. Defendants previously requested a two-week extension of this deadline until today, which the Court granted. At this time, the parties require four extra days in order to finalize such written agreement and have it signed by all parties prior to submission to the Court. This is the parties' second request for extension of this deadline.

Respectfully Submitted,

/s/Nils C. Shillito

Nils C. Shillito (NS-6755)

cc: Michael Faillace & Associates, P.C. (via ecf)

www.hansassociates.com

Application GRANTED. The parties shall file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **August 20, 2021,** for this Court's review in accordance with the FLSA and Second Circuit Law. *See, e.g., Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).

Date:   August 17, 2021
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE