UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRAYAN BRAVO, JOSE LUIS ROLDAN
ROMERO, DUMAS ARMANDO ALFARO
GODINEZ, JEFFERSON OSWALDO BRAVO
HIDALGO, JULIO TIGRE, ANDERSON
ANTONIO CEDENO, and OSCAR ARIZAGA,
*individually and on behalf of others
similarly situated,*

                        Plaintiffs,

      -against-

BARONE STEEL INC. (D/B/A BARONE
STEEL FABRICATORS), NICK BARONE,
RALPH BARONE, and ALEX VERGARA,

                        Defendants.
------------------------------------------------------------X

Case No. 20-CV-10244 (KPF)

**ORDER OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

      Upon the joint application of the plaintiffs and defendants, by their respective counsel, for entry of an Order of Voluntary Dismissal approving their Fair Labor Standards Act settlement agreement in the above-captioned action, and such parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is HEREBY ORDERED AS FOLLOWS:

      1.     The parties' settlement has been negotiated in good faith and at arm's length by the parties through their respective counsel;

      2.     The settlement is approved as a fair and reasonable disposition of the Fair Labor Standards Act claims asserted by plaintiffs in this action;

      3.     Accordingly, this action is hereby dismissed in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       August 23, 2021

SO ORDERED.

*Katherine Polk Failla*
_____
Hon. Katherine Polk Failla
United States District Judge